People of the State of Illinois, Plaintiff-Appellee, v. Millard Whitley, Defendant-Appellant.

Gen. No. 49,783.

First District, Fourth Division.

October 29, 1965.

Gerald W. Getty, Public Defender of Cook County, of Chicago (James J. Doherty and Frederick F. Cohn, Assistant Public Defenders, of counsel), for appellant; Daniel P. Ward, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and Matthew J. Moran, Assistant State's Attorneys, of counsel), for appellee. Opinion by PRESIDING JUSTICE McCORMICK. Not to be published in full.